# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jose Luis Guerra, | ) | Case Nos. 4:13-po-008 |
| | ) | 4:13-po-009 |
| Defendant. | ) | |

Defendant is charged in Violation Notice Nos. 3658942 and 3658943 with the offenses of unlawful possession of controlled substances and open container of alcohol within a vehicle. He was scheduled to make his initial appearance on these violation notices on August 23, 2013. He did not appear as scheduled, however, and the court issued warrants for his arrest.

The arrest warrants for defendant are **QUASHED**. Defendant's initial appearance on the violation notices shall be rescheduled for February 11, 2013, at 11:00 a.m. at the United States Courthouse, 100 1st St. SW, Minot, North Dakota.

**IT IS SO ORDERED.**

Dated this 5th day of December, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court